# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148097 & (35)

JENNIFER STANKEVICH, a/k/a
JENNIFER MILLIRON,
       Plaintiff-Appellant,

v

LEANNE MILLIRON,
       Defendant-Appellee.

SC: 148097
COA: 310710
Dickinson CC: 12-016939-DP

_____/

      By order of April 25, 2014, the application for leave to appeal the October 17, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *DeBoer v Snyder*, 772 F3d 388 (CA 6, 2014), and any attendant decision from the United States Supreme Court. On order of the Court, the case having been decided on June 26, 2015, sub nom *Obergefell v Hodges*, ___ US ___; 135 S Ct 2584; 192 L Ed 2d 609 (2015), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to the Court of Appeals for reconsideration in light of *Obergefell*. The motion to proceed on the application for leave to appeal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2015



Clerk

s0908